## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRITESTARR HOMES, INC. | ) | Cause No. 3:05-cv-796 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BRITESTARR HOMES, INC. | ) | 02-50811 (AHWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| PIPER RUDNICK, LLP, | ) | |
| | ) | |
| Defendant. | ) | May 27, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that according to the Local Rules, plaintiff, Britestarr Homes, Inc. has manually filed the Exhibits accompanying its Response to Piper's Motion for Summary Judgment.

This document has not been filed electronically because:

[ ]   the document (or thing) cannot be converted to an electronic format
[✓]   the electronic file size of the document exceeds 1.5 mb
[ ]   The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]
[ ]   Plaintiff/defendant is excused from electronically filing this document (or thing) by court order

The Exhibits have been manually served on all parties.

|  |  |
|---|---|
| Melissa Zelen Neier<br>CT25055<br>Ivey, Barnum, & O'Mara<br>170 Mason Street<br>Greenwich, Connecticut 06830<br>Phone: 203.661.6000<br>Fax: 203.661.9462<br>Counsel for Plaintiff | Respectfully submitted,<br><br>*/s/ CC*<br><br>Michael A. Caddell<br>SBT No. 03576700<br>Caddell & Chapman<br>1331 Lamar, Suite 1070<br>Houston, TX 77010-3027<br>Telephone: 713.751.0400<br>Facsimile: 713.751.0906<br><br>ATTORNEY-IN-CHARGE FOR PLAINTIFF<br>Appointed as Special Litigation Counsel<br>by order of this Court dated June 2, 2003.<br><br>OF COUNSEL:<br><br>Cynthia B. Chapman<br>SBT No. 007963339<br>Gregory K. Evans<br>SBT No. 24002065<br>Caddell & Chapman<br>1331 Lamar, Suite 1070<br>Houston, TX 77010-3027<br>713.751.0400 Telephone<br>713.751.0906 Facsimile |

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2005, I served a true copy of the foregoing document on the following counsel of record by facsimile and certified mail, return receipt requested:

William S. Fish, Jr.
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I - 35th Floor
Hartford, CT 06103-3488

*Attorney for Defendant Piper Rudnick, LLP*

James P. Ulwick
Kramon & Graham, P.A.
One South Street - Suite 2600
Baltimore, Maryland 21202-3201

*Attorney for Defendant Piper Rudnick, LLP*

_____
Gregory K. Evans