UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | Cause No. 3:05-cv-796 |
| ) | |
| BRITESTARR HOMES, INC. ) | |
|     Debtor. ) | |
| _____ ) | |
| ) | U.S.C.A. No. 06-4959 |
| BRITESTARR HOMES, INC. ) | |
|     Plaintiff, ) | |
| V. ) | |
| ) | |
| PIPER RUDNICK, LLP, ) | |
|     Defendant ) | December 27, 2006 |

## INDEX TO THE RECORD ON APPEAL

The documents that comprise the record for this appeal are spread across three different proceedings with three different case numbers:

1. **Bankruptcy Case No. 02-50811 (AHWS)** – Britestarr's main bankruptcy case in bankruptcy court in Bridgeport, Connecticut before Judge Alan H.W. Shiff;

2. **Adversary Proceeding No. 03-05072 (AHWS)** – Britestarr's Adversary Proceeding against Piper Rudnick while the case was pending in bankruptcy court before Judge Shiff; and

3. **Civil Action No. 3:05-cv-796 (SRU)** – Britestarr's Adversary Proceeding against Piper Rudnick while the case was pending in district court before Judge Stefan R. Underhill.

Accordingly, this Index to the Record on Appeal is organized by these three proceedings. For each of the three proceedings, there is a list below that contains the documents from that particular proceeding that comprise the record.

**BANKRUPTCY COURT:   BANKRUPTCY CASE NO. 02-50811 (AHWS)**

Documents from Britestarr's main bankruptcy case in bankruptcy court in Bridgeport, Connecticut before Judge Alan H.W. Shiff – Bankruptcy Case No. 02-50811.

| INDEX RECORD NO. | DESCRIPTION OF RECORD ITEM | DATE FILED | ECF DOC. NO. |
|---|---|---|---|
| 1 | Britestarr's Voluntary Bankruptcy Petition, ECF Doc. No. 1 in main bankruptcy case, Bankruptcy Petition No. 02-50811<br><br>(Britestarr's voluntary bankruptcy petition was originally filed in the Southern District of New York as Case No. 02-12411.) | 5/20/02 | 1<br>**(Bankr.Case)** |
| 2 | Order Transferring Britestarr's Main Bankruptcy Case from the Southern District of New York (Case No. 02-12411) to Bridgeport, Connecticut commencing a new case number: 02-50811 (AHWS) | 6/18/02 | 10<br>**(Bankr.Case)** |

## BANKRUPTCY COURT:   ADVERSARY PROCEEDING NO. 03-05072 (AHWS)

Documents from Britestarr's Adversary Proceeding against Piper Rudnick while the case was pending in bankruptcy court before Judge Alan H.W. Shiff – Adversary Proceeding No. 03-05072.

| INDEX RECORD NO. | DESCRIPTION OF RECORD ITEM | DATE FILED | ECF DOC. NO. |
|---|---|---|---|
| 3 | Britestarr's Complaint commencing the instant Adversary Proceeding against Piper Rudnick<br><br>(ECF Doc. No. 1 in Adversary Proceeding No. 03-05072 in Bankruptcy Court) | 7/31/03 | 1<br>(Adv. Proc.) |
| 4 | Piper's Answer to the Complaint<br><br>(ECF Doc. No. 22 in Adversary Proceeding No. 03-05072 in Bankruptcy Court) | 11/13/03 | 22<br>(Adv. Proc.) |
| 5 | Britestarr's First Amended Complaint<br><br>(ECF Doc. No. 145 in Adversary Proceeding No. 03-05072 in Bankruptcy Court) | 3/21/05 | 145<br>(Adv. Proc.) |
| 6 | Piper's Answer to the Amended Complaint<br><br>(ECF Doc. No. 156 in Adversary Proceeding No. 03-05072 in Bankruptcy Court) | 4/19/05 | 156<br>(Adv. Proc.) |

## DISTRICT COURT:  CIVIL ACTION NO. 3:05-CV-796 (SRU)

Documents from Britestarr's Adversary Proceeding while the case was pending in district court before Judge Stefan R. Underhill – Civil Action No. 3:05-cv-796 SRU.

| INDEX RECORD NO. | DESCRIPTION OF RECORD ITEM | DATE FILED | ECF DOC. NO. |
|---|---|---|---|
| 7 | Parties' Joint Motion to Withdraw the Reference from Bankruptcy Court | 5/12/05 | 1 |
| 8 | Electronic Endorsement Order granting Motion to Withdraw the Reference | 5/13/05 | 2 |
| 9 | Britestarr's Second Amended Complaint filed in District Court | 9/26/06 | 100 |
| 10 | Piper's Motion for Summary Judgment with Attachment 1 (Memorandum of Law In Support including Exhibits 1-104) and Attachment 2 (Local Rule 56 Statement of Facts)<br><br>(Originally filed in Bankruptcy Court in Adversary Proceeding No. 03-05072 on April 13, 2005 as ECF Doc. Nos. 151, 152, 153) | 4/13/05 | 18 |
| 11 | Britestarr's Response In Opposition to Piper's Motion for Summary Judgment with Local Rule 56 Statement | 5/27/05 | 9 |
| 12 | Exhibits 1-59 to Britestarr's Response | 5/27/05 | 10 |
| 13 | Britestarr's Amended Local Rule 56(a)(2) Statement | 6/27/05 | 23 |
| 14 | Britestarr's Amended Exhibits to its Response to Piper's Motion for Summary Judgment | 6/27/05 | 24 |
| 15 | Piper's Reply In Support of its Motion for Summary Judgment (REDACTED) with Exhibits 105-129 and exhibits filed under seal, Exhibits 130-133 | 7/1/05 | 28, 31 |
| 16 | Piper's Reply In Support of its Motion for Summary Judgment with Exhibits 130-133 (FILED UNDER SEAL) | 7/1/05 | 29 |
| 17 | Electronic Endorsement Order granting Britestarr Leave to File a Surreply in Opposition to Piper's Motion for Summary Judgment | 7/18/05 | 36 |

| INDEX RECORD NO. | DESCRIPTION OF RECORD ITEM | DATE FILED | ECF DOC. NO. |
|---|---|---|---|
| 18 | Britestarr's Surreply In Opposition to Piper's Motion for Summary Judgment with Exhibits 60-86 | 8/12/05 | 47 |
| 19 | Britestarr's Supplemental Exhibits to its Opposition to Piper's Motion for Summary Judgment – Attachment 1, Exhibits 87-89 | 9/29/05 | 60 |
| 20 | Electronic Endorsement Order granting Britestarr Leave to File Supplemental Exhibits 87-89 to its Opposition to Piper's Motion for Summary Judgment | 9/30/05 | 61 |
| 21 | Transcript of October 13, 2005 Summary Judgment Hearing | 11/3/06 | 112 |
| 22 | Bar Chart that Britestarr submitted to the Court at the close of the October 13, 2005 Summary Judgment Hearing | 10/13/05 | N/A |
| 23 | Time-line that Britestarr submitted to the Court at the close of the October 13, 2005 Summary Judgment Hearing | 10/13/05 | N/A |
| 24 | Piper's Motion to Preclude New Damages Theory or, Alternatively Motion for Leave to File Supplemental Memorandum | 11/14/05 | 68 |
| 25 | Britestarr's Response In Opposition to Piper's Motion to Preclude New Damages Theory | 11/22/05 | 70 |
| 26 | Piper's Reply In Support of Its Motion to Preclude New Damages Theory | 12/2/05 | 71 |
| 27 | Electronic Endorsement Order granting Britestarr Leave to File a Surreply In Opposition to Piper's Motion to Preclude New Damages Theory | 9/25/06 | 98 |
| 28 | Britestarr's Surreply In Opposition to Piper's Motion to Preclude New Damages Theory | 9/26/06 | 73, 101 |
| 29 | District Court's Order and Notice to Parties that Court will be granting Piper's Motion for Summary Judgment | 5/19/06 | 96 |
| 30 | District Court's Memorandum of Decision Granting Piper's Motion for Summary Judgment | 9/28/06 | 103 |

| INDEX RECORD NO. | DESCRIPTION OF RECORD ITEM | DATE FILED | ECF DOC. NO. |
|---|---|---|---|
| 31 | Judgment In Favor Piper Rudnick | 9/29/06 | 108 |
| 32 | Britestarr's Notice of Appeal | 10/24/06 | 111 |

Respectfully submitted,

/s/   Gregory K. Evans
Michael A. Caddell
SBT No. 03576700
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX  77010-3027
Telephone: 713.751.0400
Facsimile: 713.751.0906

Melissa Zelen Neier
CT25055
Ivey, Barnum, & O'Mara
170 Mason Street
Greenwich, Connecticut 06830
Phone: 203.661.6000
Fax:  203.661.9462
Counsel for Plaintiff

ATTORNEY-IN-CHARGE FOR PLAINTIFF-APPELLANT BRITESTARR

Appointed as Special Litigation Counsel by order of this Court dated June 2, 2003.

OF COUNSEL:

Cynthia B. Chapman
SBT No. 007963339
Gregory K. Evans
SBT No. 24002065
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX  77010-3027
713.751.0400 Telephone
713.751.0906 Facsimile

## CERTIFICATE OF SERVICE

  I certify that on December 27, 2006, I served a true copy of the foregoing document on the following counsel of record electronically (by Connecticut's ECF system) and by facsimile:

| | |
|---|---|
| James P. Ulwick | William S. Fish, Jr. |
| Kevin A. Arthur | Tyler Cooper & Alcorn, LLP |
| Kramon & Graham, P.A. | 185 Asylum Street |
| One South Street - Suite 2600 | CityPlace I - 35th Floor |
| Baltimore, Maryland 21202-3201 | Hartford, CT 06103-3488 |
| | |
| *Attorney for Defendant Piper Rudnick, LLP* | *Attorney for Defendant Piper Rudnick, LLP* |

                 /s/   Gregory K. Evans
                 Gregory K. Evans